IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OLENA RADIONOVA,

      Plaintiff,                    No. CIV S-12-1501 GEB CKD PS

    vs.

UNKNOWN,

      Defendant.          ORDER

_____/

        Plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent persons in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances.

////

////

////

////

1

1       Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for appointment
2 of counsel (dkt. no. 8) is denied.
3  Dated: June 28, 2012

                                           */s/ Carolyn K. Delaney*
                                      CAROLYN K. DELANEY
                                      UNITED STATES MAGISTRATE JUDGE

4 radionova.cou